UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff/Respondent,<br><br>V.<br><br>DANIEL RUSTY WHITT,<br><br>　　Defendant/Petitioner. | CRIMINAL NO. 5:15-73-KKC-EBA<br>CIVIL NO. 5:21-160-KKC-EBA<br><br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\*

In accordance with the order entered on this date, the Court HEREBY ORDERS and ADJUDGES as follows:

(1) Magistrate Judge Atkins' recommended disposition (DE 64) is ADOPTED and INCORPORATED, in full;

(2) Defendant's motion for equitable tolling (DE 54) is DENIED;

(3) Defendant's motions to vacate pursuant to 28 U.S.C. § 2255 (DEs 51, 54) are DISMISSED WITH PREJUDICE;

(4) Defendant's motion for appointment of counsel (DE 54) is DENIED AS MOOT;

(5) A certificate of appealability SHALL NOT issue; and

(6) This matter is DISMISSED and STRICKEN from the Court's active docket.

This 3rd day of May, 2022.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY